AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| Miguel Perez-Lopez, | ) Case No. 16-9419 MJ |
| (A 087 765 360) | ) |
| *Defendant* | ) |
| | ) |

DoA
11-18-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 18, 2016 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Miguel Perez-Lopez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 25, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Matthew Binford

☒ Continued on the attached sheet.

_____
Complainant's signature

Darrin J. McNeill,
Deportation Officer
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: November 21, 2016

_____
Judge's signature

City and state:  Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
_____
Printed name and title

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 18, 2016, while following a lead, the Phoenix ICE Mobile Criminal Alien Team encountered Miguel Perez-Lopez standing near a vehicle parked outside 1109 East Fairmount Avenue, in Phoenix, Arizona. At the scene, ICE Officer J. Kelley interviewed Perez-Lopez and determined him to be a citizen of Guatemala, illegally present in the United States. On the same date, Perez-Lopez was transported to the Phoenix ICE office for further investigation and processing. Perez-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Miguel Perez-Lopez to be a citizen of Mexico and a previously deported criminal alien. Perez-Lopez was removed from the United States to Mexico, through Nogales, Arizona, on or about November 25, 2009,

pursuant to an order of removal issued by an immigration judge. There is no record of Perez-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Perez-Lopez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Miguel Perez-Lopez was convicted of Criminal Impersonation, a felony offense, on November 17, 2009, in the Superior Court of Arizona, Maricopa County. Perez-Lopez was sentenced to one (1) year of probation. Perez-Lopez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 18, 2016, Miguel Perez-Lopez was advised of his constitutional rights. Perez-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 18, 2016, Miguel Perez-Lopez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 25, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).


_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 21st day of November, 2016.
_____
Eileen S. Willett,
United States Magistrate Judge